944

No. 97–8944.  DAY v. WALKER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–8950.  SWINNEY ET AL. v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 97–9004.  SWINICK v. ROSEN.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 97–9017.  WILSON v. BURTON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 97–9022.  LAESSIG v. CITY OF PHILADELPHIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–9073.  THOMAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–9075.  BOYD v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 97–9086.  DIACONU v. DEFENSE LOGISTICS AGENCY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–9089.  STEELE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–9094.  DEHLER v. SCHOTTEN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–9105.  REYNOLDS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9113.  RIEBOLD v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–9142.  GAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–9147.  SENTENN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–9148.  LLOYD ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–9151.  WAYNE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.